```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Roger Bailey
5
```

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    )  NO. CR. S.06-003 FCD
                                )
11              Plaintiff,      )
                                )  **SUBSTITUTION OF ATTORNEY**
12      v.                      )
                                )
13 ROGER BAILEY,                )
                                )
14              Defendant.      )
                                )
15 _____)

16     It is respectfully requested that Mark Reichel be relieved as
17 attorney of record and that Shari Rusk, Attorney at Law, 1710
18 Broadway, # 111, Sacramento, Calfornia, 95818, telephone number (916)
19 804-8656, be substituted in as counsel in the above-entitled case.

20

21

22
                                     Respectfully submitted,
23
                                     Shari Rusk
24 Dated: April 3, 2006              /s/ Shari Rusk
                                     Attorney for Defendant
25                                   Roger Bailey

26

27

28

```
                                              Mark Reichel
I accept the substitution.                    /S/Mark Reichel
                                              Attorney at Law


Dated: April 3, 2006


I consent to the substitution.                Roger Bailey
                                              /s/Roger Bailey
                                              Defendant

Dated: April 3, 2006
```

**ORDER**

IT IS SO ORDERED.

Dated: May 16, 2006

```
                         /s/ Frank C. Damrell Jr.
                         Hon. Frank C. Damrell
                         United States District Court Judge
```

2