```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roger Bailey
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.06-003 FCD |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Order** |
| ) | |
| ROGER BAILEY, ) | Date: May 30, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. Frank C. Damrell |
| _____ ) | |

Roger Bailey is scheduled for a status conference on Monday, May 30, 2006 at 9:30 a.m. Mr. Bailey is in the Eastern District of California pursuant to a Rule 20 motion to enter a change of plea. Mr. Bailey testified in Illinois, for the government, at trial against Benjamin Zarate. The federal prosecutor in Illinois recently informed counsel that he may request Mr. Bailey testify at Mr. Zarate's sentencing hearing in Illinois. The parties need additional time to finalize their agreement.

The parties agree that the status conference set for May 30, 2006 should be continued to July 24, 2006 at 9:30 a.m. and that date is available with this court. Time should be excluded for preparation of counsel

///

1  under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

2

3

4                                   Respectfully submitted,

5                                   /s/ Shari Rusk
   Dated: May 26, 2006               Shari Rusk
6                                   Attorney for Defendant
                                    Roger Bailey
7

8

9

10 _____    /s/ Mary Grad by SR
   Dated: May 26,2006                Mary Grad
11                                  Assistant United States Attorney

12

13
                              **ORDER**
14
   IT IS SO ORDERED.
15
   Dated: May 31, 2006
16
                                   /s/ Frank C. Damrell Jr.
17                                 Hon. Frank C. Damrell Jr.
                                   United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28

2