```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roger Bailey
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.06-0003 FCD |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS** |
| v. ) | **CONFERENCE & ORDER** |
| ROGER BAILEY, ) | Date: October 2, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Court: Hon. Frank C. Damrell Jr. |

    Roger Bailey is scheduled for a status conference on Tuesday, September 5, 2006 at 9:30 a.m.  Mr. Bailey is in the Eastern District of California pursuant to a Rule 20 motion to enter a change of plea. Mr. Bailey testified in Illinois, for the government, at trial against Benjamin Zarate.  Mr. Zarate has not been sentenced yet.  The federal prosecutor in Illinois is gathering information to provide to this district.  The parties require additional time to obtain and review documents from Illinois.

    The parties agree that the status conference set for September 5, 2006 should be continued to October 2, 2006 and that date is available with this Court.  Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and pursuant to local code T4.

```
                                Respectfully submitted,

                                /s/ Shari Rusk
Dated: September 1, 2006        Shari Rusk
                                Attorney for Defendant
                                Roger Bailey




                                      /s/ Mary Grad by SR
Dated: September 1,2006         Mary Grad
                                Assistant United States Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: September 5, 2006

```
                                /s/ Frank C. Damrell Jr.
                                Hon. Frank C. Damrell JR.
                                United States District Court Judge
```

2