1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Roger Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.06-003 FCD |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status Conference &** |
| v. ) | **Order** |
| ROGER BAILEY, ) | Date: November 6, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. Frank C. Damrell Jr. |
| _____ ) | |

   Roger Bailey is scheduled for a status conference on Monday, October 2, 2006 at 9:30 a.m.  Mr. Bailey is in the Eastern District of California pursuant to a Rule 20 motion to enter a change of plea. Mr. Bailey testified in Illinois, for the government, at trial against Benjamin Zarate.  Mr. Zarate has not been sentenced yet. The federal prosecutor in Illinois is gathering information to provide to this district.  The parties require additional time to obtain and review documents from Illinois.

   The parties agree that the status conference set for October 2, 2006 should be continued to November 6, 2006 and that date is available with this Court.  Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

//
//
//
//
//

                                                Respectfully submitted,

Dated: September 27, 2006          /s/ Shari Rusk
                                          Shari Rusk
                                          Attorney for Defendant Roger Bailey

                                          /s/ Mary Grad by SR
Dated: September 27, 2006          Mary Grad
                                          Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: September 28, 2006

                                          /s/ Frank C. Damrell Jr.
                                          Hon. Frank C. Damrell Jr.
                                          United States District Court Judge