SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roger Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ROGER BAILEY,<br><br>              Defendant.<br>_____ | NO. CR. S.06-003 FCD<br><br>**Stipulation to Continue Status Conference; Order**<br><br>Date: February 26, 2007<br>Time: 10:00 a.m.<br>Court: Hon. Frank C. Damrell Jr. |

Roger Bailey is scheduled for a status conference on Monday, November 6, 2006 at 10:00 a.m. Mr. Bailey is in the Eastern District of California pursuant to a Rule 20 motion to enter a change of plea. Mr. Bailey testified in Illinois, for the government, at trial against Benjamin Zarate. Mr. Zarate has now been sentenced and received a substantial downward departure from the Court. The federal prosecutor in Illinois has not yet provided a letter and motion pursuant to 5K1.1 to the parties in the Eastern District. The substantial departure Mr. Zarate received will likely effect Mr. Bailey's sentence and possibly his plea. The parties require additional time to consider recent developments, engage in negotiations and obtain and review documents from Illinois.

1  The parties agree that the status conference set for November
2 6, 2006 should be continued to February 26, 2007 and that date is
3 available with this Court.  Time should be excluded for preparation
4 of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local
5 code T4.

                                      Respectfully submitted,

Dated: November 2, 2006    /s/ Shari Rusk
                                  Shari Rusk
                                  Attorney for Defendant
                                  Roger Bailey

Dated: November 2, 2006    /s/ Mary Grad by SR
                                  Mary Grad
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 6, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE