SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roger Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S.06-003 FCD |
| Plaintiff, | |
| v. | **Stipulation to Continue Status Conference & Order** |
| ROGER BAILEY, | Date: April 30, 2007 |
| Defendant. | Time: 10:00 a.m.<br>Court: Hon. Frank C. Damrell Jr. |

Roger Bailey is scheduled for a status conference on Monday, February 26, 2007 at 10:00 a.m. Mr. Bailey is in the Eastern District of California pursuant to a Rule 20 motion to enter a change of plea. Mr. Bailey testified in Illinois, for the government, in the trial of Benjamin Zarate. Mr. Zarate has now been sentenced and received a substantial downward departure from the Court. The federal prosecutor in Illinois has not yet provided a letter and motion pursuant to 5K1.1 to the parties in the Eastern District. The substantial departure Mr. Zarate received will likely effect Mr. Bailey's sentence and possibly his plea. The parties require additional time to consider recent developments, engage in negotiations and obtain and review documents from Illinois.

1 The parties agree that the status conference set for February 26, 2007 should be continued to April 30, 2007 and that date is available with this Court.  Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

Respectfully submitted,

Dated: February 16, 2007
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Roger Bailey

Dated: February 16, 2007
/s/ Mary Grad by SR
Mary Grad
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2