```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roger Bailey
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 06-0003 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue** |
| v. ) | **Judgement & Sentencing** |
| ) | |
| ROGER BAILEY, ) | Date: August 6, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Frank C. Damrell Jr. |
| ) | |
| _____ ) | |

Roger Bailey pled guilty to count one of the superceding indictment charging conspiracy to distribute methamphetamine on April 30, 2007. He is scheduled to be sentenced on July 9, 2007. The defense is in the process of completing its investigation for sentencing mitigation. Mr. Bailey requests that his Judgment & Sentencing be continued to August 6, 2007, if that date is available with the Court. The government has no objection to this request. The parties stipulate and agree upon the following schedule:

    Informal Objections:         July 16, 2007

    Final Pre-sentence Report:   July 23, 2007

    Sentencing Memorandum:      July 30, 2007

```
     Judgment & Sentencing:              August 6, 2007


                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: June 12, 2007           Shari Rusk
                              Attorney for Defendant
                              Roger Bailey



                              /s/ Mary Grad by SR
Dated: June 12, 2007           Mary Grad
                              Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: June 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE