PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Docket Number:  2:06CR00003-01** |
| ) | |
| **Roger Joseph BAILEY** ) | |
| ) | |

On August 10, 2007, the above-named was sentenced to credit for time served and placed on Supervised Release for a period of four years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Dated:       August 14, 2009
                 Modesto, California
                 CKH:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                                **DEBORAH A. SPENCER**
                                **Supervising United States Probation Officer**

Re:    **Roger Joseph BAILEY**
       **Docket Number:   2:06CR00003-01**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Roger Joseph Bailey be discharged from Supervised Release, and that the proceedings in the case be terminated.

 August 17, 2009
**Date**                                    **Honorable Frank C. Damrell, Jr.**
                                            **United States District Judge**

Attachment:    Recommendation
cc:      United States Attorney's Office